IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONICTOR JOSEPH, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 308-050 |
| WALT WELLS, Warden, | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

SO ORDERED this ____ day of February, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE